## Jules J. Reingold, Appellant, v. Lloyd F. Peterson et al., Appellees.

Gen. No. 40,605.

opinion filed October 3, 1939; rehearing denied October 18, 1939. Nathan Schwartz and Bernard Allen Fried, for appellant; Robert H. Olson, for appellees. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."